| PROB 22<br>(Rev. 01/24) | DOCKET NUMBER *(Tran. Court)*<br>3:24-cr-130-LLL |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)*<br>**2:26-cr-00002-CDS-BNW** |

| NAME AND ADDRESS OF PROBATIONER | DISTRICT<br>Middle District of Florida | DIVISION<br>Tampa |
|---|---|---|
| Jane Yoonji Yi<br>Las Vegas, Nevada | NAME OF SENTENCING JUDGE<br>The Honorable Laura Lothman Lambert | |
| | DATES OF PROBATION | FROM<br>10/09/2025 | TO<br>10/08/2027 |

**OFFENSE**

Count 1: Introduction of a Misbranded Drug in Interstate Commerce 21 U.S.C. §§ 331(a) and 333(a)(1), and 18 U.S.C. § 2

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Ms. Yi has established strong ties in the District of Nevada with no intention of relocating to the Middle District of Florida.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____MIDDLE____ DISTRICT OF ____FLORIDA____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer named above be transferred with the records of this Court to the United States District Court for the ____DISTRICT OF NEVADA____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_January 6, 2026_
*Date*

_[signature]_
United States ~~District~~ Judge
Magistrate

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    DISTRICT OF ____NEVADA____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

____January 14, 2026____
*Effective Date*

_[signature]_
Cristina D. Silva, *United States District Judge*